IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ASHLEY BARBER,<br>a/k/a Dominic Barber,<br><br>        Plaintiff,<br><br>    v.<br><br>ELIZABETH ELES, *et al.*,<br><br>        Defendants. | )<br>)<br>)<br>)   Case No. 1:25-cv-0099<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**MEMORANDUM ORDER**

    This action was received by the Clerk of Court on April 11, 2025. *See* ECF No. 1. The matter was assigned and referred to Chief United States Magistrate Judge Richard A. Lanzillo for all pretrial matters and for a report and recommendation ("R&R") in accordance with the Magistrate Judges Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrate Judges.

    Plaintiff Ashley Barber ("Plaintiff") brings this civil rights action against several employees of the Pennsylvania Department of Corrections ("DOC Defendants") and a fellow inmate, Defendant Elizabeth Eles. ECF No. 11 (Complaint). Plaintiff raises a Fourth Amendment claim under 28 U.S.C. § 1983 against Defendant Eles, contending generally that Defendant Eles sexually harassed her. *Id.* Plaintiff also asserts that the DOC Defendants failed to protect her from such abuse. *Id.* The DOC Defendants have moved to dismiss Plaintiff's complaint, a motion which remains pending. *See* ECF No. 17. Defendant Eles has not yet been served.

    On January 15, 2026, Judge Lanzillo issued an R&R recommending that the claims against Defendant Eles be dismissed. Judge Lanzillo concluded the facts as alleged did not

1

support a finding that Eles, a fellow prison inmate, acted under color of law, which Plaintiff must allege as required by 42 U.S.C. § 1983. *See* ECF No. 22, p. 2. The Chief Magistrate Judge recommended that the Fourth Amendment claim as alleged against Defendant Eles be dismissed on the grounds that it is legally frivolous and fails to state a claim under 28 U.S.C. § 1915(e) and that leave to amend be denied as futile. *Id.* Objections to the R&R were due from non-ECF users by February 2, 2026.

No objections having been filed by the date of this Order, and upon independent review of the record and *de novo* consideration of the Magistrate Judge's Report and Recommendation, of January 15, 2026, it is hereby ORDERED that:

1. Judge Lanzillo's R&R, ECF No. [22], is ADOPTED as the opinion of this Court.
2. Plaintiff's Fourth Amendment claim against Defendant Elizabeth Eles is DISMISSED with PREJUDICE.
3. Inasmuch as that is the lone claim brought against Defendant Eles, the Clerk of this Court is directed to terminate Eles as a defendant in this case.

ENTERED AND ORDERED THIS 11th DAY OF FEBRUARY, 2026.

*Susan Paradise Baxter*
SUSAN PARADISE BAXTER
United States District Judge